JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Girard,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>James River Insurance Company,<br><br>　　　　Defendant. | Case No.: CV 19-8943-DMG (AGRx)<br><br>**ORDER RE DISMISSAL OF ACTION [21]** |

The Court having reviewed the parties' stipulation, and good cause appearing, the above-entitled action is hereby dismissed with prejudice, in its entirety. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 19, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-